THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert B.
 Lasenby, Jr., Appellant.
 
 
 

Appeal From Aiken County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2008-UP-036
Submitted January 1, 2008  Filed January
 11, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Robert B. Lasenby, Jr. pled guilty to assault with
 intent to kill (AWIK) for which he received seven years jail time.  Lasenby
 argues the trial judge improperly accepted his plea because the States
 evidence did not establish the requisite mental state for AWIK.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967), counsel attached a petition to be
 relieved, stating he reviewed the record and concluded this appeal lacks
 merit.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Lasenbys appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN,
 C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.